UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Danielle Scala,

                      Plaintiff,

            -against-

Little Feet Childcare Center LLC, Scott Roveto,

                     Defendants.
------------------------------------------------------------------X

23-cv-9279 (KMK) (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

On July 9, 2024, the Court directed the defendants to submit a letter, by no later than August 9, 2024, providing the Court with an update on whether they have retained new counsel. (ECF No. 32 at 5). The Court has not yet received defendants' letter. The defendants are reminded to submit their letter, which is now due by **August 30, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               August 26, 2024

                                                           _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge