

*Attorneys at Law*
45 BROADWAY, FLOOR 28, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

July 15, 2025

<u>*Via ECF*</u>:
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: ***Danielle Scala v. Little Feet Childcare Center, LLC, et al.***
    **Case No.: 7:23-CV-09279(KMK)(VR)**

Dear Magistrate Judge Reznik:

We represent the Plaintiff, Danielle Scala, ("Plaintiff") in the above-referenced matter and write with the consent of Defendants' counsel to request an adjournment of the Settlement Conference currently scheduled for July 22, 2025, at 2:30 p.m.

The adjournment is due to the temporary unavailability of Plaintiff's principal counsel, who is currently out on leave for a family emergency. This is Plaintiff's first request for an adjournment of the Settlement Conference.

In light of the requested adjournment, Plaintiff also respectfully requests a corresponding extension of the deadline to submit the *ex parte* Settlement Conference letter.

Subject to the Court's availability, the parties are mutually available for a rescheduled conference on any of the following dates: August 13, August 14, August 18, or August 22, 2025. This request does not impact any other deadlines set by the Court.

We thank the Court for its time and attention to this matter.

The request to adjourn is GRANTED. The settlement conference is adjourned to **September 10, 2025 at 2:30 pm in Courtroom 420** and may be adjusted to a morning video conference depending on the Judge's criminal schedule. All procedures in the 6/11/25 Settlement Conference Order apply. Schedule for exchange of demand is as follows: Plaintiff demand by August 27, 2025, Defendant response by September 3, 2025.

SO ORDERED.
*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
July 18, 2025

Respectfully submitted,

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

/s/ Kayla Wheeler
Dorina Cela, Esq.
Kayla Wheeler, Esq.
*Attorneys for Plaintiff*
45 Broadway, Floor 28

New York, NY 10006
(212) 248-7431
dcela@tpglaws.com
kwheeler@tpglaws.com

Cc: Steven Harfenist, Esq. (Via ECF)
HARFENIST KRAUT & PERLSTEIN, LLP
*Attorneys for Defendants*
3000 Marcus Ave, 2nd Floor, East Wing
Lake Success, NY 11042
516-355-9630
sharfenist@hkplaw.com