UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Danielle Scala,                                                    23-cv-09279  (KMK)


                        Plaintiff,


           -against-                                               CALENDAR NOTICE


Little Feet Childcare Center LLC, et al.,

                        Defendants.
-------------------------------------------------------X


Please take notice that the above captioned action has been scheduled for a status conference

before the Honorable Kenneth M. Karas, United States District Judge, on Friday, June 12, 2026

at 11:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:


Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).



Dated: May 29, 2026
           White Plains, New York


                                        So Ordered

                                        _____
                                        Kenneth M. Karas, U.S.D.J